```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0054--CR (JWS)
                  "USA V JOHN DOE ET AL"
                     DEF 1.1 DOE, JOHN

     Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  04/22/04
              Closed:  02/08/05
 No. of Defendants:  2
    MJ Case Number:  A04-0104--MJ
                 AKA:  ERIC LEE CRUZ, "CUJO"
    Location status:  U.S. Custody
          Trial date:  07/26/04
          Terminated:  YES
  Needs interpreter:  YES
  Counsel of record:  Allison E. Mendel
                     Mendel & Associates
                     431 W. 7th Avenue, Suite 101
                     Anchorage, AK 99501
                     907-279-5001
                     Serve: YES
                      Type: CJA
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Joseph W. Bottini
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 DOE, JOHN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F) | Sentenced (133-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Sentenced (133-1) |
| 1 - 1 IND | 3 | 21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF CRACK COCAINE (F) | Sentenced (133-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0054--CR (JWS)
                                 "USA V JOHN DOE ET AL"
                              DEF 2.1 ROOK, STEFANY A.

                  Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 04/22/04
             Closed: 02/08/05
 No. of Defendants: 2
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Joseph W. Bottini
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 ROOK, STEFANY A.

 Document          Count    Citation and Description                        Disposition
 ─────────         ─────    ────────────────────────                        ───────────
    1 -  1 IND       1      21:846 & 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F)   Sentenced
                                                                                 (142-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                 "USA V JOHN DOE ET AL"

                                    For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:   04/22/04
            Closed:   02/08/05
No. of Defendants:    2


 Document #    Filed       Docket text

      1 -  1   04/22/04    [Re: DEF 1-2] PLF 1 Indictment

  NOTE -  1    04/23/04    [Re: DEF 2] Issued WOA.

      2 -  1   04/23/04    [Re: DEF 1] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                           for arr and notify USM; in custody.

      3 -  1   04/23/04    [Re: DEF 2] JDR Grand Jury Minutes; WOA to issue; no bail (det per
                           18:3142).

      4 -  1   04/23/04    [Re: DEF 1] Documents 2-4 transferred from: A04-0104 MJ (AHB) to A04-054
                           CR (JWS).

      5 -  1   04/23/04    [Re: DEF 1] AHB Minute Order that in light of filing of Indt in this
                           case previously set prelim/det hrg in A04-0104 MJ (AHB) is reset as arr
                           on Indt/det hrg in this case for the same date/time.  cc: USA, C. Coe,
                           USM, PO

      6 -  1   04/26/04    [Re: DEF 1] AHB Order regarding preparation for trial; disc conf
                           4/28/04; ptms due 5/10/04.  cc: USA, C. Coe

      7 -  1   04/26/04    [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 4/30/04
                           at 2:00 p.m   cc: USA, C. Coe, USM, PO

      8 -  1   04/26/04    [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on
                           Indt/Det hrg (held 4/23/04); def pled not guilty; def detained; det hrg
                           set 4/30/04 at 2:00 p.m.; ptms due 5/10/04; order of temporary det
                           FILED; order re: preparation for trial FILED.  cc: USA, C. Coe, USM, PO,
                           Judge Sedwick

      9 -  1   04/26/04    {SEALED}

  NOTE -  2    04/27/04    [Re: DEF 2] USM Notice of Arrest; defendant arrested 4/27/04.

     10 -  1   04/27/04    {SEALED}

     11 -  1   04/27/04    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     12 -  1   04/28/04    [Re: DEF 2] Financial Affidavit.

     13 -  1   04/28/04    [Re: DEF 2] AHB Order regarding preparation for trial; disc conf
                           4/29/04; ptms due 5/11/04. cc: USA, D. Reed-Slaten

     14 -  1   04/28/04    [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 4/30/04
                           at 3:00 p.m.  cc: USA, D. Reed-Slaten, USM, PO

     15 -  1   04/28/04    [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                           4/27/04); financial aff FILED; FPD to appoint CJA cnsl; def plead not
                           guilty; def detained; det hrg set 4/30/04 at 3:00 p.m.; order of
                           temporary det FILED; ptms due 5/11/04; order re: preparation for trial
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                             "USA V JOHN DOE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
|  |  | FILED. cc: USA, FPD (CJA Clerk), D. Reed-Slaten, USM, PO, Judge Sedwick |
| 16 - 1 | 04/28/04 | [Re: DEF 2] PLF 1 Certification of discovery. |
| 17 - 1 | 04/29/04 | [Re: DEF 2] Return of WOA executed 4/27/04. |
| 18 - 1 | 04/29/04 | [Re: DEF 1] CJA appointment of C. Coe. |
| NOTE - 3 | 04/30/04 | Notation: Notice of Speedy Trial Act ddlns re: Def 2 to JWS. |
| NOTE - 4 | 04/30/04 | Notation: Notice of Speedy Trial Act ddlns re: Def 1 to JWS. |
| 19 - 1 | 04/30/04 | [Re: DEF 2] CJA appointment of Dawn Reed-Slaten. |
| 20 - 1 | 04/30/04 | DEF 1 motion (ex parte) for translator. |
| 21 - 1 | 05/03/04 | [Re: DEF 2] Order setting conditions of release. cc: USA, D. Reed-Slaten, USM, PO |
| 22 - 1 | 05/03/04 | [Re: DEF 2] CY of Order of Release (original to USM by CMC). cc: USA, D. Reed-Slaten, USM, PO |
| 23 - 1 | 05/03/04 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held 4/30/04); oral mot to release def on conditions GRANTED; order setting conditions of release FILED. cc: USA, D. Reed-Slaten, USM, PO |
| 24 - 1 | 05/03/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, C. Coe, USM, PO |
| 25 - 1 | 05/03/04 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of cont det hrg (held 4/30/04); det uncontested; order of det pending trial FILED. cc: USA, C. Coe, USM, PO |
| 26 - 1 | 05/03/04 | [Re: DEF 2] Clerk's Notice that pursuant to the Order of Setting Conditions of Release dated 5/3/04 the passport # 075216492 has been received by the Clerk's office and placed in the vault for safe keeping. cc: D. Reed-Slaten, USA, USM, PO, Finance |
| 27 - 1 | 05/04/04 | [Re: DEF 1] MDJ Order granting motion for translator (20-1). cc: C. Coe, FPD (CJA Clerk) |
| 28 - 1 | 05/07/04 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 6/14/04 at 9:00 a.m. and FPTC for 6/14/04 at 8:30 a.m.. cc: USA, C. Coe, D. Reed-Slaten, USM, USPO, MJ Branson, JC |
| 29 - 1 | 05/07/04 | [Re: DEF 1-2] JWS Minute Order that no replies are to be fld unless requested by MJ or DJ. cc: USA, C. Coe, D. Reed-Slaten, MJ Branson |
| 30 - 1 | 05/10/04 | DEF 1 motion for extension to file pretrial motions (to 5/14/04). |
| 31 - 1 | 05/12/04 | [Re: DEF 1] AHB Minute Order granting motion for extension to file pretrial motions (to 5/14/04) (30-1); ptms due 4:00 p.m., 5/14/04 w/hand/fax delivery on opposing cnsl; oppos due 4:00 p.m., 5/21/04 w/hand/fax delivery on opposing cnsl; any necessary hrg evid/otherwise will be conducted at 9:00 a.m., 5/24/04; parties to mark their calendars accordingly. cc: USA, C. Coe, USM, PO |
| 32 - 1 | 05/12/04 | DEF 2 motion for extension of time to file pretrial motions (to 5/17/04). |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                    "USA V JOHN DOE ET AL"

                                       For all filing dates

 Document #   Filed     Docket text
 ----------   -----     -----------

    33 -  1   05/13/04  [Re: DEF 2] AHB Minute Order granting motion for extension of time to
                        file pretrial motions (to 5/17/04) (32-1); ptms due 5/17/04 w/hand
                        delivery; oppos due NOON 5/21/04; any hrg evid/otherwise will be held
                        9:00 a.m., 5/24/04; should Judge Sedwick cont trial date crt may sua
                        sponte reconsider mot to ext ddlns.  cc: USA, C. Coe, D. Reed-Slaten,
                        USM, PO

    34 -  1   05/17/04  DEF 2 motion to dismiss the indictment w/att memo/aff.

    35 -  1   05/19/04  {SEALED}

    36 -  1   05/20/04  PLF 1 opposition to DEF 2 motion to dismiss the indictment (34-1).

    37 -  1   05/21/04  [Re: DEF 1-2] AHB Minute Order re the 5/24/04 evident hrg is VACATED.
                        cc: USA, C. Coe, D. Reed-Slaten, USM, USPO

    38 -  1   05/24/04  {SEALED}

    39 -  1   05/24/04  {SEALED}

  NOTE -  5   05/25/04  {SEALED}

  NOTE -  6   05/25/04  [Re: DEF 2] USM Notice of Arrest; defendant arrested 5/25/04.

    40 -  1   05/25/04  {SEALED}

    41 -  1   05/25/04  Initial R&R re: DEF 2 motion to dismiss the indictment (34-1);
                        Recommended be denied; Objections due 3:00 p.m. 06/01/04. Reply due 3:00
                        p.m. 06/07/04. cc: USA, D. Reed-Slaten, Judge Sedwick

    42 -  1   05/27/04  [Re: DEF 2] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re I/A on
                        violat of cond's of release hld 5/26/04; def detained. cc: USA, D.
                        Reed-Slaten, USM, USPO

    43 -  1   05/27/04  [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, D.
                        Reed-Slaten, USM, USPO

    44 -  1   05/27/04  [Re: DEF 2] Return of WOA executed at Anchorage, AK on 5/25/04.

    45 -  1   05/28/04  DEF 1 motion to produce directly and indirectly exculpatory information.

    46 -  1   06/01/04  [Re: DEF 2] CJA appointment of Dawn Reed-Slaten.

    47 -  1   06/01/04  DEF 1 motion to accept late filed motion to produce exculapatory
                        information  w/att aff.

    48 -  1   06/01/04  DEF 1 motion to continue trial w/att aff.

    49 -  1   06/02/04  [Re: DEF 1] JWS Order appointing Y. Salazar-Hobrough as trial
                        interpreter. cc: USA, C. Coe, D. Reed-Slaten, Finance, Y.
                        Salazar-Hobrough

    50 -  1   06/03/04  [Re: DEF 1] AHB Minute Order setting hrg on 6/7/04 at 10am re: mot to
                        accept late filed pleading (dkt # 47) & mot to produce exculpatory
                        information (dkt # 45). cc: USA, C. Coe, USM, PO, D. Reed-Slaten

    51 -  1   06/03/04  [Re: DEF 1] PLF 1 Errata re: DEF 1 mot to cont trial (48-1).
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                   "USA V JOHN DOE ET AL"

                                   For all filing dates


Document #    Filed      Docket text

  52 -   1   06/04/04   [Re: DEF 1] JWS MO granting mot to cont trial (48-1); FPTC and TBJ set
                        for 06/14/04 vacated and reset to 06/23/04 at 8:30 a.m. and 9:00 a.m.
                        cc: USA, C. Coe, D. Reed-Slaten, USM, USPO, MJ Branson, JC

  53 -   1   06/04/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to accept late filed motion
                        to produce exculapatory information (47-1).

  54 -   1   06/07/04   DEF 2 motion to continue trial w/att aff.

  54 -   2   06/07/04   DEF 2 joinder to DEF 1 motion to produce directly and indirectly
                        exculpatory information (45-1) w/att aff.

  55 -   1   06/08/04   [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of hrg on def's mot
                        to accept late filed pleading & mot to produce exculpatory info (held
                        6/7/04);  denying as moot motion to produce directly and indirectly
                        exculpatory information (45-1); granting motion to accept late filed
                        motion to produce exculapatory information (47-1).  cc: USA, C. Coe

  56 -   1   06/09/04   [Re: DEF 2] JWS Order denying motion to dismiss the indictment (34-1).
                        cc: USA, C. Coe, D. Reed-Slaten, MJ Branson

  57 -   1   06/09/04   JWS Minute Order denying motion to continue trial (54-1). cc: USA, C.
                        Coe, D. Reed-Slaten, MJ Branson

  58 -   1   06/15/04   DEF 1 Voir Dire Questions.

  59 -   1   06/16/04   DEF 1 Notice of Intent to change plea.

  60 -   1   06/16/04   DEF 2 Notice of Intent to change plea.

  61 -   1   06/17/04   [Re: DEF 1] JWS Minute Order setting PCOP hrg on 6/22/04 at 10:00 a.m.;
                        6/23/04 FPTC & TBJ are vacated. cc: USA, C. Coe, USM, USPO, MJ Branson,
                        JC

  62 -   1   06/17/04   [Re: DEF 2] JWS Minute Order setting PCOP hrg on 6/23/04 at 9:00 a.m.;
                        6/23/04 FPTC & TBJ are vacated. cc: USA, D. Reed-Slaten, USM, USPO, MJ
                        Branson, JC

  63 -   1   06/22/04   [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP held
                        6/22/04; def doesn't want to change plea; matter to be set for TBJ; cnsl
                        to notify crt of soonest possible time to begin trial. cc: USA, C. Coe,
                        USM, USPO, JC, MJ Branson

  64 -   1   06/22/04   {SEALED}

  65 -   1   06/23/04   {SEALED}

  66 -   1   06/24/04   [Re: DEF 1] PLF 1 Notice of agreement re: rescheduled trial date.

  67 -   1   06/25/04   [Re: DEF 2] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg held
                        6/23/04; L. Wells to substitute for D. Reed-Slaten; matter cont to date
                        set by MO; det cont; off record clk instructed J. Pharr to have L. Wells
                        file substitution paperwork. cc: USA, D. Reed-Slaten, J. Pharr, L.
                        Wells, USPO, USM, MJ Branson

  68 -   1   06/25/04   [Re: DEF 2] JWS Minute Order setting cont PCOP on 7/14/04 at 9:00 a.m..
                        cc: USA, D. Reed-Slaten, L. Wells, USM, USPO, MJ Branson
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                "USA V JOHN DOE ET AL"
```

For all filing dates

```
Document #    Filed       Docket text
----------    ---------   ----------------------------------------------------

  69 -   1    06/25/04    {SEALED}

  70 -   1    06/29/04    [Re: DEF 1] JWS Minute Order setting TBJ on 7/26/04 at 8:30 a.m. & FPTC
                          on 7/26/04 at 9:00 a.m.. cc: USA, C. Coe, USM, USPO, MJ Branson, JC

  71 -   1    06/29/04    [Re: DEF 2] Stipulation for substitution of counsel (L. Wells for D.
                          Slaten)

  72 -   1    06/30/04    [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 9 from 4/26/04
                          to 4/27/04 (2 days under code E).

  73 -   1    06/30/04    [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 20 from 4/30/04
                          to 5/4/04 (5 days under code E).

  74 -   1    06/30/04    [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 30 from 5/10/04
                          to 5/12/04 (3 days under code E).

  75 -   1    06/30/04    [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 45 from 5/28/04
                          to 6/8/04 (12 days under code E).

  76 -   1    06/30/04    [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 64 (4 days under
                          code E).

  77 -   1    06/30/04    [Re: DEF 2] AHB Minute Order that hrg re: stip for sub cnsl (71-1) is
                          set 2:30 p.m., 7/2/04.  cc: USA, D. Reed-Slaten, L. Wells, USM, PO

  78 -   1    07/06/04    [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of hrg re: stip
                          for sub of cnsl (held 7/2/04); granting Stipulation for substitution of
                          counsel (71-1).  cc: USA, J. Pharr, D. Reed-Slaten, FPD (CJA Clerk)

  79 -   1    07/07/04    [Re: DEF 2] JWS Minute Order resetting 7/14/04 cont PCOP hrg to 7/15/04
                          @ 10:30 a.m.. cc: USA, L. Wells, USM, USPO, MJ Branson

  80 -   1    07/14/04    {SEALED}

  81 -   1    07/15/04    {SEALED}

  82 -   1    07/16/04    {SEALED}

  83 -   1    07/16/04    DEF 1 motion (request) fro writ to bring Stefany Rook to trial.

  84 -   1    07/19/04    [Re: DEF 1] PLF 1 Proposed Jury Instructions.

  85 -   1    07/19/04    [Re: DEF 1] PLF 1 Trial Brief.

  86 -   1    07/19/04    [Re: DEF 1] PLF 1 Proposed Voir Dire Questions.

  87 -   1    07/19/04    DEF 1 motion for extension of time until 07/21/04 to file trial brief
                          and proposed jury instructions w/att aff.

NOTE -   7    07/20/04    Issued: Writ of H/C ad test re: S. Rook.

  88 -   1    07/20/04    [Re: DEF 1] PLF 1 motion for consideration on shortened time to dismiss
                          the first object of the conspiracy count (count 1).

  89 -   1    07/20/04    [Re: DEF 1] JWS Order granting mot for consideration on shortened time
                          to dismiss the first object of the conspiracy charged in ct 1 (88-1).
                          cc: USA, C. Coe, L. Wells
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                               "USA V JOHN DOE ET AL"

                                  For all filing dates

Document #     Filed      Docket text


   90 -   1   07/20/04   [Re: DEF 1] JWS Order granting mot for ext of time to file trial brief
                         and proposed jury instrs (87-1). cc: USA, C. Coe, L. Wells

   91 -   1   07/20/04   [Re: DEF 1] MDJ Order granting motion (request) for writ to bring
                         Stefany Rook to trial (83-1).  cc: C. Coe, USM

   92 -   1   07/21/04   DEF 1 Trial Brief.

   93 -   1   07/21/04   DEF 1 Proposed Jury Instructions.

   94 -   1   07/21/04   [Re: DEF 1] PLF 1 Notice of intent to introduce evidence of
                         consciousness of guilt.

   95 -   1   07/22/04   [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence
                         presentation system.

   96 -   1   07/22/04   {SEALED}

   97 -   1   07/26/04   {SEALED}

   98 -   1   07/26/04   [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: FPTC held
                         7/26/04; mot for ord to compel exculpatory materials granted in part &
                         denied in part. cc: USA, C. Coe

   99 -   1   07/26/04   {SEALED}

  100 -   1   07/26/04   {SEALED}

  101 -   1   07/26/04   DEF 1 Notice of potential conflict.

  102 -   1   07/26/04   DEF 1 opposition to notice to introduce evidence of flight & false name.

  103 -   1   07/26/04   DEF 1 motion to compel production of exculpatory materials and to
                         continue trial w/att aff.

  104 -   1   07/28/04   [Re: DEF 1] JWS Minute Order terminating in light of this order: motion
                         to compel production of exculpatory materials and to continue trial
                         (103-1). cc: USA, C. Coe

  105 -   1   08/05/04   [Re: DEF 2] CJA appointment of L. Wells.

  106 -   1   08/10/04   USM Return of svc on writ of habeas corpus ad testificandum re: S. Rook
                         on 7/26/04.

  107 -   1   09/09/04   DEF 1 motion (ex parte) for translator to transcribe pre-sentence
                         report.

  108 -   1   09/13/04   [Re: DEF 1] JWS Order granting mot for translator to transcribe
                         pre-sentence rpt (107-1). cc: C. Coe, FPD (CJA Clk)

  109 -   1   09/13/04   {SEALED}

  110 -   1   09/14/04   {SEALED}

  111 -   1   09/16/04   DEF 2 Sentencing Memorandum.

  112 -   1   09/16/04   {SEALED}


ACRS: R_RDSDX             As of 12/27/05 at 09:10 AM by GARRY                       Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                              "USA V JOHN DOE ET AL"

                                 For all filing dates


 Document #    Filed      Docket text

  112 -   2   09/20/04   {SEALED}

  113 -   1   09/20/04   {SEALED}

  114 -   1   09/23/04   {SEALED}

  115 -   1   10/05/04   {SEALED}

  116 -   1   10/07/04   {SEALED}

  117 -   1   10/18/04   {SEALED}

  118 -   1   10/19/04   {SEALED}

  117 -   2   10/20/04   {SEALED}

  119 -   1   10/21/04   {SEALED}

  120 -   1   11/12/04   [Re: DEF 2] PLF 1 motion on shortened time to continue imposition of
                         sentence hearing.

  121 -   1   11/15/04   [Re: DEF 2] JWS Order granting mot on shortened time to continue IOS
                         (120-1); IOS reset to 1/27/05 @ 8:30 a.m.. cc: USA, L. Wells, USM, USPO

  122 -   1   11/15/04   DEF 2 opposition to [Re: DEF 2] PLF 1 motion on shortened time to
                         continue imposition of sentence hearing (120-1).

  123 -   1   11/16/04   DEF 2 Notice of filing letters of support and photographs w/att exh.

  124 -   1   12/13/04   [Re: DEF 1] JWS Minute Order that the 1/4/05 IOS set @ 8:30 a.m. is
                         rescheduled to start @ 10:00 a.m.. cc: USA, C. Coe, USM, USPO

  125 -   1   12/22/04   [Re: DEF 1] JWS Minute Order re: note from DEF 1; original note &
                         translation are fld under seal & ex parte; USA may not look at them but
                         C. Coe, cnsl for DEF 1, may; probation officer directed to have this MO
                         translated into Spanish & to provide cy of translation to C. Coe; C. Coe
                         directed to get cy of translated ord to client as soon as possible; crt
                         intent on proceeding to IOS on 1/5/05. cc: USA, C. Coe, USPO

  126 -   1   12/22/04   {SEALED}

  127 -   1   12/23/04   DEF 1 Sentencing Memorandum.

  128 -   1   12/23/04   {SEALED}

  129 -   1   12/27/04   {SEALED}

  130 -   1   12/28/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  131 -   1   01/04/05   {SEALED}

  132 -   1   01/04/05   [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re: IOS (held
                         1/4/05); sentence imposed as stated in judgment; NOA given to def cnsl;
                         def remanded; payment coupon given to def.  cc: USA, C. Coe, USM, USPO

  133 -   1   01/07/05   [Re: DEF 1] JWS Judgment pleaded guilty to cts 1,2,3 of Indt (1-1);
                         sentenced to 78 mos impr on cts 1-3 to be served concur; 36 mos SR on

 ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                      Page 7
```

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                            "USA V JOHN DOE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cts 1-3 w/terms to run concur; def remanded to USM; $300.00 SA. cc: USA, C. Coe, Def w/cnsls cy, USM, USPO, Finance, FLU, MJ Branson |
| 134 - 1 | 01/14/05 | DEF 1 appeal to 9CCA of (133-1) filed 01/07/05. cc:USA, C. Coe, Judge Sedwick, USM, PO, 9CCA |
| NOTE - 8 | 01/18/05 | Transmittal: Forwarded notice of appeal (134-1) to 9CCA. |
| 135 - 1 | 01/18/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (134-1) cc:USA, C. Coe, USM, PO, ECR, Judge Sedwick, 9CCA (original) |
| 136 - 1 | 01/20/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum w/att exhs. |
| 137 - 1 | 01/21/05 | DEF 2 Unopposed motion on shortened time to continue sentencing set 1/27/05 w/att aff. |
| 138 - 1 | 01/24/05 | [Re: DEF 2] JWS Order granting Unopposed motion on shortened time to continue sentencing set 1/27/05 (137-1); IOS set 2/7/05 at 8:00 a.m. cc: USA, L. Wells, USM, PO |
| 139 - 1 | 01/25/05 | DEF 2 Supplemental Sentencing Memorandum. |
| 140 - 1 | 02/01/05 | DEF 2 Notice of filing def's allocution statement w/att exh. |
| 141 - 1 | 02/08/05 | [Re: DEF 2] JWS Court Minutes [ECR: Robin Carter] re: IOS held 2/7/05; sentence imposed as stated in judg w/att exh & wit list. |
| 142 - 1 | 02/08/05 | [Re: DEF 2] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced to 37 mos impr; 36 mos SR; $100.00 SA. cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 143 - 1 | 02/14/05 | DEF 1 PARTIAL Transcript of IOS (held 1/4/05). |
| 144 - 1 | 02/18/05 | DEF 1 Transcript Designation/Order Form re: notice of appeal (134-1) w/att order form & CJA 24. cc:ecr(w/forms) |
| 145 - 1 | 02/25/05 | DEF 1 motion to unseal ex parte proceedings for transcription. |
| 146 - 1 | 02/28/05 | [Re: DEF 1] JWS Order granting mot to unseal ex parte proceedings for transcription (145-1). cc: USA, C. Coe, ECR, Appeals Clk |
| 147 - 1 | 02/28/05 | [Re: DEF 2] Partial Transcript re Imposition of Sentence (held 2/7/05). |
| 148 - 1 | 03/11/05 | [Re: DEF 1] Copy of Order from 9CCA (134-1) granting C. Coe mot to be relieved as cnsl. Appellant's mot for new cnsl is GRANTED. New cnsl will be appointed by separate order. Clk shall svc cy of this order on R. Curtner(FPD). District crt to provide clk with name & address of appointed cnsl by fax (415) 556-6228 w/i 14 days of locating cnsl. New cnsl will designate transcript by 4/15/05. The transcript is due 5/16/05. Appellant's opening brief and excerpts of record are due 6/22/05; appellee's answering brief is ue 7/27/95 and the optional reply brief is due w/i 14 days afer svc of the answering brief. cc:R. Curtner (FPD), C. Coe, Judge Sedwick , ECR |
| 149 - 1 | 03/14/05 | DEF 1 CJA appointment of A. Mendel. |
| NOTE - 9 | 03/15/05 | Notation (re: Appeal): faxed cja appt for DEF 1 to 9CCA. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A04-0054--CR (JWS)
                                    "USA V JOHN DOE ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 150 - | 1 | 04/08/05 | {SEALED} |
| 151 - | 1 | 04/18/05 | [Re: DEF 1] Transcript of Hrg on Def Mot to Accept Late-Filed Pleading and Mot to Produce Exculpatory Information (held 6/7/04) re: notice of appeal (134-1) |
| 152 - | 1 | 04/18/05 | [Re: DEF 1] Transcript of PCOP Hrg (held 6/22/04) re: notice of appeal (134-1) |
| 153 - | 1 | 04/18/05 | {SEALED} |
| 154 - | 1 | 04/18/05 | {SEALED} |
| 155 - | 1 | 04/18/05 | [Re: DEF 1] PARTIAL Transcript of TBJ-DAY 1, PCOP (held 7/26/04) re: notice of appeal (134-1) |
| 156 - | 1 | 04/18/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 1/4/05) re: notice of appeal (134-1) |
| 157 - | 1 | 04/19/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (134-1) cc: A. Mendel, USA, Judge Sedwick |
| 158 - | 1 | 04/19/05 | DEF 2 Unopposed motion on shortened time to correct clerical error w/att aff. |
| 159 - | 1 | 04/20/05 | [Re: DEF 2] JKS Order granting unoppo motion on shortened time to correct clerical error on judg (158-1). cc: USA, L. Wells, USM, USPO, ECR |
| 160 - | 1 | 04/22/05 | [Re: DEF 2] JKS Judgment (1st Amended) pleaded guilty to ct 1 of Indt (1-1); sentenced to 37 mos impr; 36 mos SR; $100.00. cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 150 - | 2 | 04/25/05 | {SEALED} |
| 161 - | 1 | 05/05/05 | {SEALED} |
| 161 - | 2 | 05/06/05 | {SEALED} |
| NOTE - | 10 | 10/04/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 3 original and 1 sealed. |