UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN DOE, ., aka Eric Lee Cruz aka Cujo aka Jose Ramon Paulino-Diaz,<br><br>Defendant - Appellant. | No. 05-30022<br>D.C. No. CR-04-00054-JWS<br><br>**JUDGMENT** |

*RECEIVED MAR 20 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED, the sentence is VACATED and REMANDED.**

Filed and entered 02/22/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 16 2006

by: [signature]
Deputy Clerk