## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JOHN DOE, et al

THE HONORABLE JOHN W. SEDWICK

D**EPUTY** C**LERK**                                         CASE NO.  3:04-cr-00054-JWS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 17, 2006

The Court of Appeals has remanded the sentence of defendant John Doe, a/k/a Eric Lee Cruz, etc., pursuant to *United States v. Ameline* and *United States v. Booker*. Defendant shall file a memorandum indicating the defendant's views on whether he desires to be re-sentenced within 30 days from the date of this order.

The United States shall respond within 50 days from the date of this order.

[]{IA.WPD*Rev.12/96}