IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz; et al, | ) | **ORDER RE:** |
| | ) | **WITHDRAWAL AND** |
| Defendants. | ) | **SUBSTITUTION OF** |
| _____ | ) | **COUNSEL** |

Upon application IT IS ORDERED that attorney Allison Mendel is withdrawn and attorney Scott A. Sterling is substituted in as counsel for defendant John Doe aka Eric Cruz in the above-captioned action.  Mr. Sterling's entry of appearance filed concurrently with defendant's notice of withdrawal and substitution of counsel is accepted.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
U.S. District Judge

**United States v.  John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Withdrawal & Substitution Of Counsel**
**Page 1 of 2**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon:

Ms. Allison Mendel
Mendel & Associates
431 West 7th Avenue
Suite 101
Anchorage, Alaska 99501

And upon:

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
No. 3:04-cr-00054-JWS
Order re:
Withdrawal & Substitution Of Counsel
Page 2 of 2