IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | |
| | ) | **ENTRY** |
| Defendants. | ) | **OF** |
| _____ | ) | **APPEARANCE** |

No excludable delay is expected to occur as a result of the present filing.

**This filing concerns defendant John Doe aka Eric Cruz.**

Scott A. Sterling hereby enters his appearance as counsel for defendant John Doe aka Eric Cruz and requests service of all filings via the ECF system at:

> Scott A. Sterling
> Sterling & Dearmond
> 851 Westpoint Drive, Suite 201
> Wasilla, Alaska 99654
> Telephone: (907) 376-8076
> Fax: (907) 376-8078
> Email: scottsterling@alaskalawyers.net

DATED this 13th day of September, 2006 at Wasilla, Alaska.

> Sterling & DeArmond
> Counsel for Defendant
> **John Doe aka Eric Cruz**

By: s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax:           (907) 376-8078
Email: scottsterling@alaskalawyers.net
Bar No. 8706053

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon:

Ms. Allison Mendel
Mendel & Associates
431 West 7th Avenue
Suite 101
Anchorage, Alaska 99501

And upon:

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling