IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | |
| | ) | **MOTION TO EXTEND** |
| Defendants. | ) | **DEADLINE RE NOTICE** |
| _____ | ) | **AS TO RESENTENCING** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of the filing of the present filing or by the granting of the relief requested.

**This filing concerns defendant John Doe aka Eric Cruz.**

Defendant John Doe aka Eric Cruz moves the court to extend the deadline for filing his notice as to whether he wishes to be re-sentenced from October 1, 2006 to November 1, 2006. The court issued an order, document 166, directing Mr. Doe aka Cruz to file notice of his intent with regard to whether he wishes to be re-sentenced by October 1, 2006. On September 12, 2006 substitute counsel was appointed by the CJA Panel Administrator to substitute in for Ms. Mendel. Ms. Mendel is working to obtain and retrieve her case file from storage and deliver same to substitute counsel. It will be necessary for substitute counsel to review the file and consult with Mr. Doe aka Cruz, who is incarcerated at the FCC Lompoc in California, before filing that notice. Those tasks cannot be accomplished before October 1, 2006.

Therefore, Mr. Doe aka Cruz requests that the court extend the deadline for filing his notice from October 1, 2006 to November 1, 2006 so as to allow adequate time.

DATED this 13th day of September, 2006 at Wasilla, Alaska.

>Sterling & DeArmond
>Counsel for Defendant
>**John Doe aka Eric Cruz**
>
>By: s/ Scott A. Sterling
>Scott A. Sterling
>Sterling & Dearmond
>851 Westpoint Drive, Suite 201
>Wasilla, Alaska 99654
>Telephone: (907) 376-8076
>Fax:         (907) 376-8078
>Email: scottsterling@alaskalawyers.net
>Bar No. 8706053

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 3 of 3**