IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | **ORDER RE:** |
| | ) | **MOTION TO EXTEND** |
| Defendants. | ) | **DEADLINE RE NOTICE** |
| _____ | ) | **AS TO RESENTENCING** |

Upon application and good cause being shown IT IS ORDERED that the referenced motion is GRANTED. Defendant John Doe aka Eric Cruz shall file with the court a memorandum indicating his views on whether he desires to be re-sentenced with this court not later than November 1, 2006.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
U.S. District Judge

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 2 of 2**