IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | **AFFIDAVIT OF COUNSEL:** |
| | ) | **MOTION TO EXTEND** |
| Defendants. | ) | **DEADLINE RE NOTICE** |
| _____ | ) | **AS TO RESENTENCING** |

Scott A. Sterling being duly sworn declares:

1.  I am substitute counsel for defendant John Doe aka Eric Cruz in the above-captioned action.

2.  This affidavit supports Mr. Doe aka Cruz's motion to extend the deadline for filing his notice re intent with regard to re-sentencing, from October 1 to November 1, 2006.

3.  The factual grounds warranting the relief requested as discussed in that motion are all true, correct and complete to the best of my knowledge and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit of Counsel:**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 1 of 3**

SUBSCRIBED AND SWORN to before me this 13th day of September, 2006 at Wasilla, Alaska.

By: /s/ Joanne Graham
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-17-07

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit of Counsel:**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 2 of 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit of Counsel:**
**Motion To Extend Deadline For**
**Filing Notice re Resentencing**
**Page 3 of 3**