IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | |
| | ) | **WITHDRAWAL AND** |
| Defendants. | ) | **SUBSTITUTION OF** |
| _____ | ) | **COUNSEL** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of the filing of the present filing or by the granting of the relief requested.

**This filing concerns defendant John Doe aka Eric Cruz.**

Defendant John Doe aka Eric Cruz hereby notices the withdrawal of attorney Allison Mendel and the substitution in of attorney Scott A. Sterling as his counsel of record in the above-captioned action. Mr. Doe aka Cruz requests court approval of same.

The CJA Panel Administrator requested that Mr. Sterling substitute in for Ms. Mendel for purposes of representing Mr. Doe aka Cruz on a remand of his case from the Ninth Circuit to this court for possible re-sentencing.

Mr. Sterling's entry of appearance is filed in a separate pleading.

A proposed Order approving the withdrawal and substitution of counsel is attached.

DATED this 13th day of September, 2006 at Wasilla, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        **John Doe aka Eric Cruz**

By: <u>s/  Scott A. Sterling</u>
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:           (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**<u>United States v.  John Doe; Eric Cruz; et al</u>**
**No. 3:04-cr-00054-JWS**
**Withdrawal & Substitution Of Counsel**
**Page 2 of 3**

Case 3:04-cr-00054-JWS    Document 171    Filed 09/13/2006    Page 2 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 13th day of September, 2006 upon:

U.S. Attorney Nelson Cohen
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon:

Ms. Allison Mendel
Mendel & Associates
431 West 7th Avenue
Suite 101
Anchorage, Alaska 99501

And upon:

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling