IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | |
| | ) | **NOTICE RE** |
| Defendants. | ) | **DEFENDANT'S REQUEST** |
| _____ | ) | **TO BE RESENTENCED** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of the filing of the present filing or by the granting of the relief requested.

**This filing concerns defendant John Doe aka Eric Cruz.**

Defendant John Doe aka Eric Cruz hereby requests that he be re-sentenced per the remand and order from the Ninth Circuit. Counsel for Mr. Cruz requests that the court schedule briefing and hearing(s) concerning re-sentencing for April or May, 2007 due to counsel's existing trial and other professional commitments through March, 2007. Mr. Cruz is presently incarcerated at the prison in Lompoc, California.

A motion to accept late filing accompanies this Notice.

DATED this 30th day of November, 2006 at Wasilla, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        **John Doe aka Eric Cruz**

By: s/  Scott A. Sterling
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:          (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 30th day of November, 2006 upon:

AUSA Joe Bottini
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling