IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSED** |
| vs. | ) | **MOTION TO** |
| | ) | **LATE FILE** |
| JOHN DOE aka Eric Cruz, et al, | ) | **RE:** |
| | ) | **NOTICE RE** |
| Defendants. | ) | **DEFENDANT'S REQUEST** |
| _____ | ) | **TO BE RESENTENCED** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of the filing of the present filing or by the granting of the relief requested.

**This filing concerns defendant John Doe aka Eric Cruz.**

Defendant John Doe aka Eric Cruz hereby moves the court to allow him to late-file his notice requesting that he be re-sentenced.

That notice was to have been filed not later than November 1, 2006. Due to inadvertent error on the part of counsel, that deadline was mistakenly entered on counsel's calendar as December 1, 2006 and "tickled" for November 30—hence counsel was alerted to the need to file, and to the error, today (November 30).

Counsel left a voice mail for ASUA Bottini explaining the circumstances and requesting that the Government not oppose the present motion. At the time of filing it is not known with certainty whether the Government would oppose, but, based upon counsel's good faith, it is believed that Mr. Bottini will not oppose the court granting the present motion and accepting Mr. Cruz's late-filed notice re resentencing.

<u>United States v. John Doe; Eric Cruz; et al</u>
**No. 3:04-cr-00054-JWS**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 1 of 3**

A proposed Order is attached.

An Affidavit of Counsel is filed separately.

DATED this 30th day of November, 2006 at Wasilla, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        **John Doe aka Eric Cruz**

By: s/  Scott A. Sterling
    Scott A. Sterling
    Sterling & Dearmond
    851 Westpoint Drive, Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
    Fax:  (907) 376-8078
  Email: scottsterling@alaskalawyers.net
    Bar No. 8706053

**United States v.  John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 30th day of November, 2006 upon:

AUSA Joe Bottini
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 3 of 3**