IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER RE:** |
| | ) | **NON-OPPOSED** |
| vs. | ) | **MOTION TO** |
| | ) | **LATE FILE** |
| JOHN DOE aka Eric Cruz, et al, | ) | **RE:** |
| | ) | **NOTICE RE** |
| Defendants. | ) | **DEFENDANT'S REQUEST** |
| _____ | ) | **TO BE RESENTENCED** |

Upon application and good cause shown IT IS ORDERED that the motion of defendant John Doe aka Eric Cruze to late file his notice requesting that he be re-sentenced is GRANTED. That notice is accepted. The court will issue separate orders concerning briefing and a hearing re re-sentencing.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

By:_____
    John W. Sedwick
    U.S. District Judge

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 30th day of November, 2006 upon:

AUSA Joe Bottini  
222 West 7th Avenue  
Anchorage, Alaska 99513  
Fax:: (907) 271-1500  
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**  
**No. 3:04-cr-00054-JWS**  
**Order re:**  
**Non-opposed Motion To Late File re**  
**Notice re Request To Be Resentenced**  
**Page 2 of 2**