IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | **AFFIDAVIT OF** |
| Plaintiff, | ) | **COUNSEL RE:** |
| | ) | **NON-OPPOSED** |
| vs. | ) | **MOTION TO** |
| | ) | **LATE FILE** |
| JOHN DOE aka Eric Cruz, et al, | ) | **RE:** |
| | ) | **NOTICE RE** |
| Defendants. | ) | **DEFENDANT'S REQUEST** |
| _____ | ) | **TO BE RESENTENCED** |

Scott A. Sterling being duly sworn declares:

1.  I am counsel for defendant John Doe aka Eric Cruz in the above-captioned action.

2.  I erroneously calendared the deadline for filing Mr. Cruz's request that he be re-sentenced for December 1, 2006 instead of the correct date of November 1. 2006.  The filing was "tickled" for my attention for today (instead of October 31). Therefore it is necessary to move the court to allow and accept that notice as late-filed, and for me to apologize to the court, counsel and Mr. Cruz, which I do.

3.  I left a voice mail for AUSA Joe Bottini today (November 30, 2006) requesting that the Government not oppose the referenced motion.  As of filing I do not know whether the Government will oppose, but, in good faith, I believe that Mr. Bottini would not and will not oppose the court granting the motion and the relief requested.

**United States v.  John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit Of Counsel:**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 1 of 3**

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Scott A. Sterling

SUBSCRIBED AND SWORN to before me this 30th day of November, 2006 at Wasilla, Alaska.

/s/ Joanne Graham
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-7-07

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit Of Counsel:**
**Non-opposed Motion To Late File re**
**Notice re Request To Be Resentenced**
**Page 2 of 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 30th day of November, 2006 upon:

AUSA Joe Bottini
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al
No. 3:04-cr-00054-JWS
Affidavit Of Counsel:
Non-opposed Motion To Late File re
Notice re Request To Be Resentenced
Page 3 of 3**