# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *JOHN DOE*

THE HONORABLE JOHN W. SEDWICK        3:04-cr-00054-JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**        Date: December 6, 2006

The motion to file a late response at docket 180 is **GRANTED**.

On or before April 9, 2007, Counsel for defendant shall file a memorandum advising why the court should have imposed a different sentence under an advisory guideline scheme than the sentence actually imposed. Counsel for the United States may file a response to defendant's memorandum on or before April 20, 2007. The court will thereafter determine whether or not a re-sentencing is appropriate in this case. If so, a date for a new sentencing hearing will be set.