MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *JOHN DOE*

THE HONORABLE JOHN W. SEDWICK          3:04-cr-00054-JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date: May 3, 2007

___

In its order at docket 166, this court erroneously recited that the Ninth Circuit had remanded pursuant to *United States v. Ameline* and *United States v. Booker*. In fact , as a closer review of the Ninth Circuit's memorandum disposition makes clear, the remand was pursuant to *United States v. Booker* only. *United States v. John Doe*, 168 Fed. Appx. 773, 2006 WL 448572 (9th Cir. 2006). Furthermore, the appellate court expressly noted that Doe had preserved the sentencing error (relying on the Guidelines as mandatory). It follows that this court must re-sentence Doe. *United States v. Beng-Salazar*, 452 F.3d 1088, 1092-93 (9th Cir. 2006). That does not mean that the court is prohibited from imposing the same sentence. After considering all of the relevant matters, such a sentence might or might not be found to be the appropriate sentence under 18 U.S.C. § 3553.

The court will conduct a re-sentencing hearing on **August 1, 2007**, at **8:30 AM.** The court sees no need for a new pre-sentence report. However, the court will afford each side an opportunity to file new sentencing memoranda. Such memoranda shall be filed not later than **July 20, 2007.**

___