IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | **MOTION TO WITHDRAW** |
| Defendants. | ) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of the filing of the present filing or by the granting of the relief requested.

**This filing concerns defendant John Doe aka Eric Cruz.**

Undersigned counsel moves to withdraw and requests that the court direct the CJA Panel Administrator to appoint substitute counsel for Mr. Cruz as soon as may be practicable.

The undersigned has accepted employment as a staff attorney with the State of Alaska, Office of Public Advocacy, effective July 30, 2007. Under state regulations state attorneys are not permitted to represent other clients for compensation. That rule will bar the undersigned from representing Mr. Cruz after July 29, 2007.

Therefore it appears necessary and appropriate to withdraw and request that substitute counsel be appointed. An Affidavit of Counsel and proposed Order are attached.

DATED this 6th day of July, 2007 at Wasilla, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        **John Doe aka Eric Cruz**

By: <u>s/  Scott A. Sterling</u>
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:       (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 7th day of July, 2007 upon:

AUSA Karen Loeffler
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon (via first-class mail):

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Motion To Withdraw**
**Page 3 of 3**