IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 3:04-cr-00054-JWS | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| JOHN DOE aka Eric Cruz, et al, ) | **ORDER RE:** | |
| ) | **MOTION** | |
| Defendants. ) | **TO** | |
| _____) | **WITHDRAW** | |

Upon application and good cause being shown IT IS HEREBY ORDERED that the referenced motion is GRANTED.  Mr. Sterling is withdrawn as counsel and the CJA Panel Administrator for the district is directed to secure substitute counsel for Mr. Cruz as soon as may be practicable.

DATED this ___ day of _____, 2007 at Anchorage, Alaska.

_____
John W. Sedwick
United States District Judge

**United States v.  John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Motion To Withdraw**
**Page 1 of 2**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 7th day of July, 2007 upon:

AUSA Karen Loeffler
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon (via first-class mail):

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Order re:**
**Motion To Withdraw**
**Page 2 of 2**