IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00054-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE aka Eric Cruz, et al, | ) | **AFFIDAVIT OF COUNSEL:** |
| | ) | **MOTION** |
| Defendants. | ) | **TO** |
| _____ | ) | **WITHDRAW** |

Scott A. Sterling being duly sworn declares:

I am counsel for defendant John Doe aka Eric Cruz in the above-captioned action, which is now pending before this court on motion practice concerning re-sentencing issues. This affidavit supports my motion to withdraw.

The facts and circumstances cited in that motion as grounds for the relief requested are all true, correct and complete to the best of my knowledge and belief.

That motion to withdraw has not been filed for any improper reason or purpose.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Scott A. Sterling
Scott A. Sterling

(No notary available)

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit Of Counsel re:**
**Motion To Withdraw**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic means using the ECF system on the 7th day of July, 2007 upon:

AUSA Karen Loeffler
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

And upon (via first-class mail):

John Doe (Eric Cruz)
Reg. No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

By: /s/ Scott A. Sterling

**United States v. John Doe; Eric Cruz; et al**
**No. 3:04-cr-00054-JWS**
**Affidavit Of Counsel re:**
**Motion To Withdraw**
**Page 2 of 2**