CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
charlielaw@gci.net

Attorney for John Doe, a.k.a.,
Eric Lee Cruz, et al

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:04-cr-00054 (JWS) |
| v. ) | |
| ) | |
| JOHN DOE, a.k.a., ERIC CRUZ, ) | **MOTION TO WITHDRAW** |
| et al, ) | **AS APPOINTED COUNSEL** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW, CHARLES W. COE, who hereby moves to withdraw as CJA counsel in the above case. This motion is based on counsel's review of the file which shows that the defendant has claimed that counsel ineffectively represented him in the underlying case. This was also raised as an appellate issue but denied by the Ninth Circuit.

Although counsel is probably in the best position of all attorney's to represent the defendant at re-sentencing, it is unclear if he will cooperate with counsel or if he is still maintaining issues of ineffective assistance. In the interest of expeditiously resolving this matter and in light of prior allegations, counsel moves to withdraw from this appointment.

DATED this 19th of July, 2007

> By: s/Charles W. Coe
> CJA Counsel for Defendant
> John Doe a/k/a Eric Lee Cruz
> 805 W 3rd Avenue, Suite #100
> Anchorage, Alaska 99501
> Phone: (907) 276-6173
> charlielaw@gci.net
> ABA#7804002

Certificate of Service

I certify that on July 19, 2007,
I served copies of the foregoing
By electronic means using the ECF
System upon:

AUSA Karen Loeffler

and by U.S. Mail upon:

John Doe (Eric Cruz)
Reg No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436
s/Charles W. Coe

USA v. John Doe (Eric Cruz)
3:04-cr-00054 JWS
Motion to Withdraw
Page 2 of 2