CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
charlielaw@gci.net

Attorney for John Doe, a.k.a.,
Eric Lee Cruz, et al

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | <br><br>3:04-cr-00054 (JWS) |
| v. )<br>) | |
| JOHN DOE, a.k.a., ERIC CRUZ, )<br>et al, )<br>)<br>Defendant. )<br>_____) | **ORDER** |

IT IS HEREBY ORDERED that;

CJA appointed counsel, CHARLES W. COE, is hereby permitted to withdraw in the above case.

DATED this _____ of July, 2007

                                                                                      _____
                                                                                      U.S. DISTRICT COURT JUDGE

<u>Certificate of Service</u>

I certify that on July 19, 2007,
I served copies of the foregoing
By electronic means using the ECF
System upon:

AUSA Karen Loeffler

and by U.S. Mail upon:

John Doe (Eric Cruz)
Reg No. 14951-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436
<u>s/Charles W. Coe</u>

USA v. John Doe (Eric Cruz)
3:04-cr-00054 JWS
Order
Page 2 of 2