```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. JOHN DOE akd ERIC LEE CRUZ  CASE NO. 3:04-CR-00054-01-JWS
Defendant:  X Not Present   X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:           CHARLES COE

U.S.P.O.:                       NOT PRESENT

PROCEEDINGS: RE-SENTENCING HELD 08/01/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re defendant's non-appearance and that the defendant needs to be transported to Anchorage, Alaska for his hearing.

Court and counsel heard re defendant's renewed oral motion to withdraw as counsel; **GRANTED**.

Federal Public Defender to appoint new CJA Counsel; FPD notified.

Court ordered that a new re-sentencing date to be set by minute order.

At 8:40 a.m. court adjourned.

DATE:     August 1, 2007       DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07