NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:04-cr-00054-JWS |
| ) | |
| JOHN DOE, aka "Eric Lee Cruz", ) | MOTION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| ) | **On Shortened Time** |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

JOHN DOE, who is also known as "Eric Lee Cruz", who is imprisoned by the United States Bureau of Prisons (Bureau of Prisons Registration No. 14951-006, currently incarcerated at F.C.I. Lompoc), is a defendant in a certain cause now pending before this court, to wit: United States of America v. JOHN DOE, also known as "Eric Lee Cruz", Case No. 3:04-cr-00054-JWS, which is set for re-sentencing on October 25, 2007, in Anchorage, Alaska.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Bureau of Prisons to bring the said defendant before the court in Anchorage, Alaska, for the re-sentencing hearing, as well as further proceedings, and to be returned to the United States Bureau of Prisons at the conclusion of such proceedings.

DATED: August 16, 2007

NELSON P. COHEN
United States Attorney

s/ Joseph W. Bottini
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007,
a copy of the foregoing MOTION FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM
was served electronically on:
Charles W. Coe

s/ Kelli R. Walker
Legal Assistant