IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>JOHN DOE, aka "Eric Lee Cruz",<br><br>On Writ of Habeas Corpus | Case No. 3:04-cr-00054-JWS<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>**On Shortened Time** |

On the Motion of Joseph W. Bottini, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Bureau of Prisons and the United States Marshal, District of Alaska, to bring JOHN DOE, who is also known as "Eric Lee Cruz", (Bureau of Prisons Registration No. 14951-006, currently incarcerated at F.C.I. Lompoc) before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. JOHN DOE, also known as "Eric Lee Cruz", Case No. 3:04-cr-00054-JWS, for re-sentencing on October 25, 2007, in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said United States Bureau of Prisons, as soon as the case is disposed of.

DATED this _____ day of August, 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE