LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com


## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A04-054 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE A/K/A ERIC LEE ) | |
| CRUZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S PRE-SENTENCING MEMORANDUM


Defendant, Eric Lee Cruz, which is his lawfully given name, through his counsel, Hugh W. Fleischer, provides his pre-sentencing memorandum.

Mr. Cruz wishes to incorporate the Sentencing Memorandum filed by Scott A. Sterling in this matter, on or about April 9, 2007 [Docket # 184].

Mr. Cruz has been incarcerated since April, 2004 and has been working hard to learn English and to obtain his GED,

which he has only one test to pass to obtain his high school graduation.  In addition, he has undertaken the multiple hour drug-alcohol course offered by the U.S. Bureau of Prisons, even though he may not receive time-off credit for the same because of the fact of his Porto Rican alien status.  Moreover, he has physical problems, including a broken right arm, and, as referenced in the Docket 184 document, a weakened medical condition, memory lapses and heightened strain fro being the father of four minor children.  These 18 U.S.C. § 3553 factors merit a sentence of no more than sixty months.

A letter from Mr. Cruz to Judge Sedwick will be provided by scan, under separate cover.

DATED this 18th day of October, 2007.


LAW OFFICES OF HUGH W. FLEISCHER


By: S/ Hugh W. Fleischer
        Hugh W. Fleischer
        Attorney for Mr. Cruz
        310 K. St., Suite 200
        Anchorage, AK 99501
        907-264-6635
        907-264-6602-Fax
        hfleisch@aol.com

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 18th day of
October, 2007, a true copy of the
foregoing was delivered electronically
to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


<u>S/ Hugh W. Fleischer</u>

9662/546

3