LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A04-054 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE A/K/A ERIC LEE ) | |
| CRUZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S SUPPLEMENT TO PRE-SENTENCING MEMORANDUM**


   Defendant, Eric Lee Cruz, which is his lawfully given

name, through his counsel, Hugh W. Fleischer, provides his

Supplement to the pre-sentencing memorandum.

   Attached hereto is a letter from Mr. Cruz, although

identified therein as John Doe.

   DATED this 19th day of October, 2007.


     LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
        Hugh W. Fleischer
        Attorney for Mr. Cruz
        310 K. St., Suite 200
        Anchorage, AK 99501
        907-264-6635
        907-264-6602-Fax
        hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 19th day of
October, 2007, a true copy of the
foregoing was delivered electronically
to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9573/501

2