August 16, 2007


Honorable John W. Sedwick
United States District Judge
222 W. Seventh Avenue, Box 32
Anchorage, Alaska 99513

RE: USA v. John Doe
    Criminal No. 04-0054

Dear Honorable Judge:

I am schedule for resentencing and through this letter I would
like to express my feelings and experiences since the time of
my arrest. First of all, I would like to apologize to this Court
and the state of Alaska for my wrong behavior. I know that I
did wrong and I would like this Court to know that I have give
a good use to the time I have spent incarcerated. One thing I
have done, is to meditate on my mistakes and how I can amend
my behavior. I have realized how wrong I was, and have think
a lot about how I took my life to the wrong path to end in the
place I am now. Upon my release, I would like to have a usefull
life to my family and community, and become a new person who do
 the right thing at all times. I would like the Court to see
me as a different person, because I am not the same who was arrested
years ago on April 13, 2004. For one thing, I have used this
time to better my family ties. Now, the relationship with my
family is stronger than before. this will help me to keep my
faith high. I have achieve this by using a lot of my time to
communicate with my family through letters, and the telephone
when economical situation allow me to.

I have also used this time to prepare myself for successful return
to the society. First of all, I have addressed my drug abuse
problem by taking the BOP's 40 hours drug class. This class gave
me tools that I can use to stay free of drugs in prison, tools
that I also planing to use to stay free of drugs upon my release.
I took English as A Second Language classes. Not to say that
I become proficient in the English Language, but I have better
my ability to communicate in english. Currently, I am in the
GED class with the goal to achieve my High School Diploma. This
class have help me a lot by teaching me things that will be very
useful during my life when released. Also, I have taken several
fitness classes to better my health and keep myself occupied
in my leisure times. I have learned that is better to keep
myself busy. During this years, I have keep a good conduct and
have been working in different jobs for the BOP. This achievements
make me feel like a new man with hope and faith to continue
doing the right thing for the rest of my life.

During resentencing, I pray that this Honorable Court see me

as the new man who is standing in front and not as the person
who was dealing drugs years ago. That drug dealer is not longer
me. I ask the Court to give me an opportunity to put my new
skills to good use and enjoy a new beginning with the company
of my family. I assure this Court that if giving the opportunity,
I will be a man of good use to my community and family.

Thank you very much for the Court's attention and this opportunity.

Sincerely yours,


*John Doe*
John Doe