LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,         )<br>                              )<br>                              )<br>         v.                   )<br>                              )<br>JOHN DOE A/K/A ERIC LEE       )<br>CRUZ                          )<br>                              )<br>            Defendant.        )<br>_____) | CASE NO: A04-054 CR (JWS) |

**DEFENDANT'S EXPEDITED AND**
**UNOPPOSED MOTION FOR CONTINUANCE**

Defendant, Eric Lee Cruz, through his counsel, Hugh W. Fleischer, moves for a continuance of the sentencing, now set for October 25, 2007, to a date after November 1, 2007.

This motion is based upon the belief that the U.S. Sentencing Guideline Commission Recommendations regarding the difference between crack and powder cocaine, may go into effect on or about November 1, 2007.

Joseph W. Bottini has authorized the undersigned to

advise that the government does not oppose this motion.

DATED this 23rd day of October, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Cruz
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 23rd day of
October, 2007, a true copy of the
foregoing was delivered electronically
to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer


9573/502


9573/501