UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. A:04-054CR (JWS) |
| | ) |
| Plaintiff, | ) |
| | ) |
| JOHN DOE A/K/A ERIC LEE CRUZ | ) |
| | ) |
| Defendant. | ) |

**ORDER**

    Counsel for defendant herein, John Doe, A/K/A Eric Lee Cruz, has filed a Motion for continuance of the time of his sentence from October 25, 2007 until after November 1, 2007.

    Such motion is unopposed by the other party hereto.

    IT IS ORDERED that the sentence shall be set for November _____, 2007 @ _____.

    DATED this____day of October, 2007.

9573/503

                                                                John W. Sedwick
                                                               U.S. District Judge