LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,    )
                             )    CASE NO: A04-054 CR (JWS)
          Plaintiff,         )
                             )
                             )
               v.            )
                             )
JOHN DOE A/K/A ERIC LEE      )
CRUZ                         )
                             )
          Defendant.         )
_____)

**<u>DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE</u>**


Defendant, John Doe A/K/A Eric Lee Cruz, through his counsel, Hugh W. Fleischer, moves for a continuance of the sentencing, now set for November 9, 2007, to a date during the week of November 11, 2007.

This motion is based on the fact that undersigned counsel has long scheduled American Bar Association CLE in Philadelphia, Pennsylvania from November 6-10, 2007.

Assistant U.S. Attorney, Crandon Randall, has

authorized the undersigned to advise that the government does not oppose this motion.

DATED this 25th day of October, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Cruz
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 25th day of October, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9573/50

9573/501