UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. A:04-054CR (JWS) |
| | ) |
| Plaintiff, | ) |
| | ) |
| JOHN DOE A/K/A ERIC LEE CRUZ | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Counsel for defendant herein, John Doe, A/K/A Eric Lee Cruz, has filed a Motion for continuance of the time of his sentence from November 9, 2007 until during the week of November 11, 2007.

Such motion is unopposed by the other party hereto.

IT IS ORDERED that the sentence shall be set for November _____, 2007 @ _____.

DATED this____day of October, 2007.

9573/505

_____
John W. Sedwick
U.S. District Judge

Case 3:04-cr-00054-JWS   Document 206-2   Filed 10/25/2007   Page 2 of 2