MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN DOE a.k.a. ERIC LEE CRUZ a.k.a. CUJO a.k.a JOSE RAMON PAULINO-DIAZ
CASE NO. 3:04-CR-00054-01-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:        HUGH FLEISCHER

U.S.P.O.:                    BARBARA BURTON

INTERPRETER:                 ELSA VASQUEZ     ( SPANISH  )
 X Telephonic Appearance                      (Language)

PROCEEDINGS: RE-SENTENCING HELD 11/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:14 a.m. court convened.

 X Interpreter sworn.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 72 months on Counts 1, 2 and 3 of
   the Indictment; to be served concurrently to each other.

 X Defendant placed on supervised release for a period of  3
   years on Counts 1, 2 and 3; such terms to run concurrent to
   each other under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

 X Court advised defendant of appeal rights.

 X OTHER: Payment coupon given to the defendant. Court
   recommended that the defendant serve his time at the facility
   located in Sheridan, Oregon. Special assessment $300 due
   immediately.

At 8:36 a.m. court adjourned.

DATE:   November 13, 2007        DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07