RECEIVED
U.S. MARSHALS SERVICE
ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
NOV 16 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:04-cr-00054-JWS |
| JOHN DOE, aka "Eric Lee Cruz", ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | **On Shortened Time** |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

United States Bureau of Prisons and United States Marshal, District of Alaska, or

his duly authorized representative.

GREETINGS:

We command that you have the body of JOHN DOE, who is also known as

"Eric Lee Cruz", by you imprisoned and detained as it is said (Bureau of Prisons

Registration No. 14951-006, currently incarcerated at F.C.I. Lompoc) , under safe

and secure conduct, before the Judge of our District Court within and for the

District of Alaska, at Anchorage, Alaska, on October 25, 2007, for re-sentencing,

and other proceedings as the Court may desire, thereafter and as necessary in

United States of America v. JOHN DOE, also known as "Eric Lee Cruz", Case No. 3:04-cr-00054-JWS, now pending before said court, and that you return said person to the United States Bureau of Prisons as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 28th day of August, 2007.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: **REDACTED SIGNATURE**
DEPUTY CLERK

**UNITED STATES MARSHALS RETURN**
I do hearby certify that I received this Writ of Habeas Corpus
Ad Prosequendum/~~Testificandum~~ on ___28 AUG 07___ .
I hearby return this Writ of Habeas Corpus Ad
Prosequendum/~~Testificandum~~ ~~unserved~~/executed, date this
___10 OCT 07___ at Anchorage, AK.

Randy M. Johnson
_____
United States Marshals, D/AK

By: _____
Criminal Program Specialist

2