RECEIVED
FEB 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOHN DOE aka Eric Cruz, et al,
Defendants.

Case No. 3:04-cr-0054-JWS

MOTION FOR APPOINTMENT OF COUNSEL

Now Comes, John Doe, who appears Pro Se in this motion. John Doe respectfully request that this Honorable Court appoint counsel to file a motion for reduction of sentence pursuant to the retroactive amended cocaine base guidelines, under Title 18 U.S.C. § 3582(c)(2).

John Doe pled guilty to count 1, conspiracy to possess with intent to distribute 50 grams or more of a mixture or substance containing an detectable amount of cocaine base (crack) in violation of 21 U.S.C. § 841(a)(1) and § 841 (b)(1)(A). He also pled guilty to count 2, intentionally and knowingly distributing a mixture or substance containing a detectable amount of cocaine, and to count 3, knowingly distributing a 50 grams or more of a mixture and substance containing a detectable amount of crack in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). At the change of plea hearing Doe admitted to distributing 50 grams or more of crack cocaine on or about December 11, 2003.

The PSR set Doe's base offense level at 32 based on a net weight of 82.5 grams of cocaine base. This offense level was reduced by total of four level to 28. A two level reduction was given because the "safety valve provision" applied because Doe had a criminal history of I. Another two level reduction was given due to his acceptance of

of responsibility. Based on the resulting total offense level of 28, and a criminal history category of I, the Guideline imprisonment would have been 78 to 97 months. Accordingly, the Court sentenced Doe to the Minimum imprisonment period period required by the Guidelines, 78 months, and supervise release for three years.

Mr. Doe appealed from his conviction and the Ninth Circuit found that this Court erroneously assumed that the Guidelines were mandatory rather than advisory in nature. The Ninths Circuit remanded the case for resentence and on November 13, 2007, the Court inposed a reduced sentence of 72 months.

Based on the amended cocaine base guidelines, which have been made retroactive after Mr. Doe's new sentencing hearing, he believe that he his eligible to be resentence under Title 18 U.S.C. § 3582(c)(2). For that reason, Mr. Doe respectfully request that this Honorable Court appoint a new counsel to file a motion for reduction of sentence. On the alternative, Mr. Doe request that the Court order the counsel on record to file such motion. Mr. Doe cannot afford to hire an attorney and therefore, a completed financial affidavit is enclosed. Although, the Court have found that that he is indigent and for that reason appointed the counsel on record. Respectfully submitted on February 20, 2008.

CERTIFICATE OF SERVICE

Date 2/20/08

I, John Doe, swear under the pains and panalties of perjury in compliance with Title 28 U.S.C. § 1746(1), that on the above date I mail the original of this Motion For Appointment Of Counsel to the following address:

AUSA Joe Bottini
Fed. Bldg. & Courthouse
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567

Clerk of Court
Fed. Bldg & Courthouse
222 W. 7th Ave., Room 229
Anchorage, AK 99513-7564

John Doe

John Doe

John Doe/Eric Erez
#14951-006
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436
SANTA BARBARA
CA 931
21 FEB 2008 PM 1 L
Clerk of court
Fed. Bldg. & courthouse
222 W. 7th Ave. Room 229
Anchorage, AK 99513-7564
Legal mail
99513$7500 C001

