

RECEIVED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PRISONER/PLAINTIFF,<br>v.<br>JOHN DOE aka Eric Cruz, et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>3:04-cr-0054-JWS<br><br>REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT |

I, __John Doe__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☒Yes   ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    __35 Hours per week__
    __Approx. $25.00 per month__

    b. State the place of your incarceration __Federal Correctional Complex Lompoc, CA__
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes  ☒No
    b. Rent payments, interest or dividends?   ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?   ☐Yes  ☒No
    d. Gifts or inheritances?   ☒Yes  ☐No
    e. Any other income (other than listed above)?   ☐Yes  ☒No
    f. Loans?   ☐Yes  ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __In 12 months my family have send me as a gift aprox. $300.00__

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   $199.69 IN Institution Account

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes   ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

5. In what year did you last file an Income Tax Return? __NA__

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   NA

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__              __Lompoc__
State                       County (or City)

I, __John Doe__, declare under penalty of perjury that the foregoing is true and correct.

__2-20-2008__                __John Doe__
Date                         Prisoner/Plaintiff (Signature)

ROBIN WOODARD, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7,
1955, AS AMENDED TO ADMINISTER
OATHS (18 USC 4004).

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____John Doe_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __199.69__ on account at the __Federal Correctional__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __418.15__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __45__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__2-20-2008__
Date

_____[signature]_____
Authorized Officer of Institution (Signature)

ROBIN WOODARD, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7,
1955, AS AMENDED TO ADMINISTER
OATHS (18 USC 4004).