## Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 14951006 |
| Inmate Name: | DOE, JOHN |
| Report Date: | 02/20/2008 |
| Report Time: | 2:33:41 PM |

| | |
|---|---|
| Current Institution: | Forrest FCI |
| Housing Unit: | LOF-C-A |
| Living Quarters: | C06-011U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | 2/19/2008 5:34:37 PM | 6 | | | Sales | ($105.40) | | $199.69 |
| LOX | 2/18/2008 6:54:36 PM | TFN0218 | | | Phone Withdrawal | ($100.00) | | $305.09 |
| LOX | 2/14/2008 7:08:25 PM | 62 | | | Sales | ($16.60) | | $405.09 |
| LOX | 2/13/2008 12:30:38 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $421.69 |
| LOX | 2/12/2008 10:29:56 AM | TFN0212 | | | Phone Withdrawal | ($15.00) | | $423.69 |
| LOX | 2/12/2008 9:27:29 AM | TFN0212 | | | Phone Withdrawal | ($4.00) | | $438.69 |
| LOX | 2/12/2008 3:35:07 AM | TX021208 | | | Transfer - In from TRUFACS | $442.69 | | $442.69 |
| LOX | 10/9/2007 9:12:25 AM | TX100907 | | | Transfer - Out to TRUFACS | ($31.12) | | $0.00 |
| LOX | 10/9/2007 8:44:32 AM | HIPP0907 | | | Payroll - IPP | $31.12 | | $31.12 |
| LOX | 9/26/2007 5:41:40 AM | TFN0926 | | | Phone Withdrawal | $5.00 | | $490.50 |
| LOX | 9/26/2007 5:41:40 AM | TX092607 | | | Transfer - Out to TRUFACS | ($490.50) | | $0.00 |
| LOX | 9/24/2007 8:49:18 AM | TFN0924 | | | Phone Withdrawal | ($5.00) | | $485.50 |
| LOX | 9/23/2007 9:36:55 PM | TFN0923 | | | Phone Withdrawal | ($1.00) | | $490.50 |
| LOX | 9/22/2007 9:36:47 PM | TFN0922 | | | Phone Withdrawal | ($2.00) | | $491.50 |
| LOX | 9/22/2007 1:50:42 PM | TFN0922 | | | Phone Withdrawal | ($2.00) | | $493.50 |
| LOX | 9/21/2007 8:18:31 AM | TFN0921 | | | Phone Withdrawal | ($4.00) | | $495.50 |
| LOX | 9/19/2007 6:15:58 PM | TFN0919 | | | Phone Withdrawal | ($5.00) | | $499.50 |
| LOX | 9/19/2007 2:19:27 PM | TFN0919 | | | Phone Withdrawal | ($3.00) | | $504.50 |
| LOX | 9/18/2007 7:25:32 AM | GICP0907 | | | Inmate Co-pay | ($2.00) | | $507.50 |
| LOX | 9/10/2007 8:31:18 PM | TFN0910 | | | Phone Withdrawal | ($1.00) | | $509.50 |
| LOX | 9/9/2007 2:33:55 PM | TFN0909 | | | Phone Withdrawal | ($1.00) | | $510.50 |
| LOX | 9/8/2007 2:30:46 PM | TFN0908 | | | Phone Withdrawal | ($2.00) | | $511.50 |
| LOX | 9/7/2007 12:16:15 PM | TFN0907 | | | Phone Withdrawal | ($2.00) | | $513.50 |
| LOX | 9/5/2007 9:24:20 PM | TFN0905 | | | Phone Withdrawal | ($2.00) | | $515.50 |
| LOX | 9/5/2007 4:02:28 PM | TFN0905 | | | Phone Withdrawal | ($1.00) | | $517.50 |
| LOX | 9/5/2007 1:51:08 PM | GIPP0807 | | | Payroll - IPP | $28.32 | | $518.50 |
| LOX | 9/2/2007 8:24:01 PM | TFN0902 | | | Phone Withdrawal | ($4.00) | | $490.18 |
| LOX | 8/29/2007 5:50:09 PM | 25 | | | Sales | ($26.85) | | $494.18 |
| LOX | 8/29/2007 9:23:43 AM | TFN0829 | | | Phone Withdrawal | ($2.00) | | $521.03 |
| LOX | 8/27/2007 9:29:27 PM | TFN0827 | | | Phone Withdrawal | ($2.00) | | $523.03 |
| LOX | 8/27/2007 10:40:54 AM | TFN0827 | | | Phone Withdrawal | ($3.00) | | $525.03 |
| LOX | 8/26/2007 2:54:53 PM | TFN0826 | | | Phone Withdrawal | ($12.00) | | $528.03 |
| LOX | 8/26/2007 6:50:28 AM | TFN0826 | | | Phone Withdrawal | ($3.00) | | $540.03 |

| | | | | | |
|---|---|---|---|---|---|
| LOX | 8/25/2007 9:29:33 PM | TFN0825 | Phone Withdrawal | ($2.00) | $543.03 |
| LOX | 8/24/2007 1:31:31 PM | TFN0824 | Phone Withdrawal | ($2.00) | $545.03 |
| LOX | 8/21/2007 5:11:12 AM | 70189801 | Lockbox - CD | $100.00 | $547.03 |
| LOX | 8/18/2007 7:35:39 PM | TFN0818 | Phone Withdrawal | ($2.00) | $447.03 |
| LOX | 8/18/2007 12:36:36 PM | TFN0818 | Phone Withdrawal | ($2.00) | $449.03 |
| LOX | 8/15/2007 5:06:38 PM | 11 | Sales | ($24.20) | $451.03 |
| LOX | 8/13/2007 9:29:11 PM | TFN0813 | Phone Withdrawal | ($1.00) | $475.23 |
| LOX | 8/13/2007 5:09:27 PM | TFN0813 | Phone Withdrawal | ($1.00) | $476.23 |
| LOX | 8/12/2007 3:44:02 PM | TFN0812 | Phone Withdrawal | ($5.00) | $477.23 |
| LOX | 8/12/2007 10:21:58 AM | TFN0812 | Phone Withdrawal | ($1.00) | $482.23 |
| LOX | 8/11/2007 8:04:08 PM | TFN0811 | Phone Withdrawal | ($2.00) | $483.23 |
| LOX | 8/10/2007 10:21:29 AM | G1PP0707 | Payroll - IPP | $45.00 | $485.23 |
| LOX | 8/8/2007 9:52:14 PM | TFN0808 | Phone Withdrawal | ($4.00) | $440.23 |
| LOX | 8/8/2007 10:42:15 AM | TFN0808 | Phone Withdrawal | ($6.00) | $444.23 |
| LOX | 7/28/2007 12:17:44 PM | TFN0728 | Phone Withdrawal | ($6.00) | $450.23 |
| LOX | 7/27/2007 9:53:11 PM | TFN0727 | Phone Withdrawal | ($2.00) | $456.23 |
| LOX | 7/25/2007 5:24:23 PM | 16 | Sales | ($49.15) | $458.23 |

1 2

**Total Transactions: 82**

**Totals:** ($66.79) $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | $199.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $199.69 |
| **Totals:** | **$199.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$199.69** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $274.32 | $559.48 | $461.68 | $442.69 | $418.15 | N/A | N/A |