IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 3:04-cr-00054-JWS<br><br><br>ORDER TO SHOW CAUSE |

       On February 25, 2008, John Doe, representing himself, filed a motion for appointment of counsel for the purpose of filing a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

       However, only "time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2),"[2] and

---

[1] *See* Docket No. 215.

[2] *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008); *see also Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

Mr. Doe was re-sentenced on November 13, 2007.[3]

**IT IS THEREFORE ORDERED that:**

1. The motion for appointment of counsel, at docket number 215, is denied.

2. Mr. Doe may show why he is eligible for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine, in light of his November 13, 2007, re-sentencing, by filing a response to this Order on or before **March 28, 2008.**

3. The Clerk of Court is directed to send form PS07A, Response to Order to Show Cause, to Mr. Doe with this Order.

DATED this 3rd day of March, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge

---

[3] *See* Docket No. 209.