RECEIVED

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )   Case No. 3:04-cr-00054-JWS
          VS                )
                            )
                            )
JOHN DOE,                   )
                            )
                            )

MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 3582(c)(2)

  Now into Court come Pro se, Defendant John Doe who respectively move the court to reduce his sentence in accordance with the sentencing commission lowering the sentencing guidelines for case involving crack cocaine, and retroactive by the UNITED STATES Sentencing Commission Pursuant to 28U.S.C. 994(4).
Defendant Jonhn Doe was resentencen November 13, 2007 However, he was not afforded the benifit of the change in law which will change his sentence guideline range with a 2 point reduction.
  Defendant John Doe, applicable sentence guideline Range is __63__ to __78__ months the sentence commission making its decision retroactive affect all case dating back to November 1, 1987.
  Defendant case falls squarely in the Sentence Commission Decision.
  The defendat pray the court grants his Motion and give him a 2 -- point reduction off sentence and orden that time is served.

Date __3-12-08.__            _John Doe_

Certificate of Service

  I John Doe have sent a copy of the caption Motion for reduction of sentence to __U.S. GOVERMENT__
Asst. U.S. Attorney __JOSEPH W. BOTTINI__

John Doe
#14951-006
Federal Correction Institution
3600 Guard Rd.
Lompoc, Calif. 93436

SANTA BARBARA CA 931
13 MAR 2008 PM 2 T
USA 41

legal mail

Clerk of Court
Fed. Bldg & Courthouse
222 W. 7th Ave. Room 229
Anchorage, AK 99513-7564