MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *JOHN DOE, a/k/a* Eric Lee Cruz

THE HONORABLE JOHN W. SEDWICK      CASE NO. 3:04-cr-00054-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**      Date: March 20, 2008

       At docket 217, defendant John Doe, a/k/a Eric Lee Cruz has filed a *pro se* motion for a sentence reduction arguing that the court should consider the new and lower United States Sentencing Commission Guidelines which apply to "crack" cocaine offenses and which took effect on November 1, 2007.

       Cruz successfully appealed his sentence, and the Circuit Court remanded to this court for re-sentencing. This court re-sentenced Cruz on November 13, 2007. When Cruz was originally sentenced, this court used the original "crack" Guidelines and determined his adjusted Guideline offense level to be 28. When Cruz was re-sentenced, this court used the new "crack" Guidelines and determined his adjusted Guideline offense level to be 26. Given defendant's category 1 criminal history, his original Guideline level 28 sentencing range was 78 to 97 months. When Cruz was re-sentenced, his new Guideline sentencing range was 63 to 78 months. At the re-sentencing this court sentenced Cruz to 72 months after considering both the new "crack" Guidelines and the other factors under 18 U.S.C. § 3553.

       In summary, the motion at docket 217 is **DENIED** because Cruz has already been re-sentenced using the new "crack" Guidelines.