John Doe Reg.# 14951-006
Federal Correction Institution
Lompoc, CA 93436
Pro-Se



UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: No. 3;04-cr-0054-JWS |
| Plaintiff, | **MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. 3582 (c)(2)** |
| vs. | |
| JOHN DOE aka Erick Cruz, et al, | |
| Defendant | |

The defendant, John Doe aka Eric Cruz acting Pro-Se, respectfully moves this court pursuant to 18 U.S.C.§ 3582(c) for an order reducing the term of imprisonment based on the retroactive amendment to the crack cocaine guidelines, which alter the base offense level in this case from 28 to 26.

The defendant requests a sentencing rearing before the trial judge at which the court should consider the new guidelines and the factors set forth in 18 U.S.C. § 3553(a).

The defendant is serving his sentence at FCI Lompoc. This motion is supported by the memorandum of law with exhibits

1 demonstrating good conduct in prison, which are being filed
2 concurrently.
3
4 Dated this 17th day of May, 2008
5
6
7                                          *John Doe*
8                                          John Doe Reg.# 14951-
9                                          006
10                                         Federal Correction
11                                         Institution
12                                         Lompoc, CA 93436
13                                         Pro-Se
14
15
16
17
18
19
20
21
22
23
24
25

United States v. Joe Doe Case No. 3; 04-cr-0054-JWS - 2

**CERTIFICATE OF SERVICE**

I, __John Doe aka Eric Cruz__, hereby certify that I have served a true and correct copy of the following documents(s):

(1) Motion to Reduce Sentence

(2) Memorandum of Law In Support Of Motion to Reduce Sentence
   Pursuant To Title 18 U.S.C. 3582 (C) (2)

which is deemed filed at the time it was delivered to the prison authorities for forwarding, SEE HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988), to the __**Clerk**__, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, prepaid postage envelope addressed to:

(1) U.S. Attorney's Office
   Attn: AUSA Joe Bottini
   222 West Seventh Avenue # 9, Room 253
   Anchorage, AK 99513-7567

(2) Clerk of the Court
   222 West Seventh Avenue # 9, Room 229
   Anchorage, AK 99513-7567

and deposited in the same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this __17th__ day of __May__, 200_8_.
   I declare under penalty of perjury that the foregoing is true and correct, (28 U.S.C. § 1746).
   Executed on this __17th__ day of __May__, 200_8_.

_John Doe_
Name: John Doe
   Registration Number: 14951-006
   Federal Correctional Institution
   3600 Guard Road
   Lompoc, CA 93436-2705

**(CERTIFICATE OF SERVICE)**



Clerk for The Court
United States District Court
For the District of Alaska
22 West Seventh Street Avenue # Room 229
Anchorage, AK 99513-7567

CERTIFIED MAIL

John Doe aka Erick Cruz
Registration # 14951-006
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436