```
LOFF7           *      PROGRAM REVIEW REPORT         *      02-25-2008
PAGE 001                                                    07:56:10

INSTITUTION: LOF  LOMPOC FCI
NAME.......: DOE, JOHN                        REG. NO: 14951-006
RESIDENCE..: ANCHORAGE, AK 99508
TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW

NEXT REVIEW DATE....:     8-22-08
PROJ. RELEASE DATE..: 12-15-2009       RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE             HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW:  2-11-09  DETAINERS (Y/N): Y
CIM STATUS (Y/N)....: Y                IF YES, RECONCILED (Y/N): yes

PENDING CHARGES.....:          ICE Deton
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: yes
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY        ------   CURRENT ASSIGNMENT  --------   EFF DATE    TIME

CMA        IHP PART      INS INST HRNG PGM PARTICIPANT  10-23-2006  1233
CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE  09-15-2009  1720
CMA        RPP INELIG    RELEASE PREP PGM INELIGIBLE    01-01-2007  1032
CMA        V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394 03-17-2005  0815
CUS        IN            IN CUSTODY                     10-20-2006  1221
DRG        DRG E COMP    DRUG EDUCATION COMPLETED       05-25-2005  1500
DRG        DRG I RQ J    DRG INTRV REQD: JUD RECOMMEND  03-17-2005  0815
EDI        ESL HAS       ENGLISH PROFICIENT             09-15-2005  1049
EDI        GED EN        ENROLL GED NON-PROMOTABLE      09-16-2005  1544
EDI        GED SAT       GED PROGRESS SATISFACTORY      08-01-2006  1129
FRP        COMPLT        FINANC RESP-COMPLETED          02-14-2007  1131
LEV        LOW           SECURITY CLASSIFICATION LOW    10-20-2006  1220
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY 06-22-2007  1013
MDS        YES F/S       CLEARED FOR FOOD SERVICE       06-22-2007  1013
QTR        C06-011U      HOUSE C/RANGE 06/BED 011U      02-11-2008  1444
RLG        PROTESTANT    PROTESTANT                     04-23-2006  1541
WRK        FS/AM KIT     FD SVC DINNING RM AM           07-03-2007  0001
```

WORK PERFORMANCE RATING: _____Sat_____

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  312  on  12-12-07

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $  FRP Complt

FRP PAYMENTS PAST 6 MO: $_____    OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ___ / NO ___

IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION:  RRP Inelig