UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES of AMERICA   v.   JOHN DOE a/k/a Eric Lee Cruz

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                                              CASE NO. 3:04-cr-00054-JWS

Robin Carter

PROCEEDINGS: **Minute Order From Chambers**                    DATE: June 2, 2008

On March 17, 2008, defendant John Doe, a/k/a Eric Lee Cruz filed a *pro se* motion for a sentence reduction arguing that the court should consider the new United States Sentencing Commission Guidelines which apply to "crack" cocaine offenses, which took effect on November 1, 2007. His motion was denied.[1]

As the Court explained, Cruz successfully appealed his sentence, and the Circuit Court remanded to this court for re-sentencing. This court re-sentenced Cruz on November 13, 2007. When Cruz was originally sentenced, this court used the original "crack" Guidelines and determined his adjusted Guideline offense level to be 28. When Cruz was resentenced, this court used the new "crack" Guidelines,[2] and the other factors under 18 U.S.C. § 3553.[3]

Once again, the motion at docket 220 must be **DENIED**, because Cruz has already been re-sentenced using the new "crack" Guidelines.

IT IS SO ORDERED.

---

[1] *See* Docket Nos. 217-19.

[2] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[3] *See* Docket Nos. 208, 209.
[doe cruz deny.wpd]{IA.WPD*Rev.12/96}